**Van–024** [Notice of Filing of Claim by Debtor or Trustee] (Rev. 09/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 11–84013–JAC13 |
| Leonard B Parks | **Chapter** 13 |
| **SSN:** xxx–xx–4264 | |
| Debra K Parks | |
| **SSN:** xxx–xx–2197 | |
| **Debtor(s)** | |

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

To:
    **United Consumer Financial Services**
    **PO Box 856290**
    **Louisville, KY 40285–6290**

    Notice is hereby given that pursuant to Section 501(c) of the Bankruptcy Code and Bankruptcy Rule 3004, the Debtor or Trustee has filed a proof of claim in your behalf in the amount of **$100.00.**

    You are further notified that you can file your own proof of claim for the proper amount and showing proper perfection of a security interest, if any. A proof of claim form can be obtained at any bankruptcy clerk's office or by visiting www.uscourts.gov/FormsAndFees.

Dated: April 6, 2012      By:

                                                                      Scott W. Ford, Clerk
                                                                      United States Bankruptcy Court

ksv